AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Clark, Ron | District Court, E.D. Texas | 05/8/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

300 Willow #221
Beaumont, TX 77701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Owner 529 Acct 1 | 529 Acct 1 |
| 2. Owner 529 Acct 2 | 529 Acct 2 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1997 | State of Texas Retirement Plan, no control |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Self employed movie & video producer. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Texas School of Law | February 19-20, 2015 | Austin, Texas | Speak at U.T. Intellectual Property Law Journal seminar | Milage, parking, meals, 1 night at hotel |
| 2. | Eastern District of Texas Bar Association | October 20-23, 2015 | Plano, Texas | Attend meeting, speak on several panels at Annual Bench-Bar meeting. | meals, 3 nights at hotel. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/8/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. USAA Mutual Fund USEXX | A | Interest | J | T | | | | | |
| 2. USAA Mutual Fund USSPX | A | Dividend | K | T | | | | | |
| 3. Vanguard VMMXX Money Market | A | Dividend | K | T | | | | | |
| 4. Vanguard Windsor II Fund | D | Dividend | M | T | | | | | |
| 5. Vanguard Mutual Funds IRA 1 (H) | | | | | | | | | |
| 6. -Health Care Fund | D | Dividend | M | T | | | | | |
| 7. -Windsor II Fund | D | Dividend | M | T | | | | | |
| 8. -Explorer Fund | A | Dividend | J | T | | | | | |
| 9. -500 Index Fund | B | Dividend | L | T | | | | | |
| 10. Vanguard Mutual fund IRA 2 - Mid-cap Index Fund | A | Dividend | K | T | | | | | |
| 11. Vanguard Mutual fund IRA 3 - 500 Index Fund | A | Dividend | K | T | | | | | |
| 12. Vanguard Mutual Fund IRA 4 - 500 Index Fund | A | Dividend | L | T | | | | | |
| 13. American Mut. Fund IRA New Perspective Fund | E | Dividend | N | T | | | | | |
| 14. Vanguard Variable Annuity | | None | K | T | | | | | |
| 15. XOM com. stock | D | Dividend | M | T | | | | | |
| 16. U.S. Savings Bond | | None | J | T | | | | | |
| 17. Compass Bank Accounts | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/8/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 529 Acct 1 - American Funds (H) | | | | T | | | | | |
| 19. -New Perspective Fund | A | Dividend | J | T | | | | | |
| 20. -New World Fund | A | Dividend | J | T | | | | | |
| 21. -Capital Wrld Grwth & Income | A | Dividend | J | T | | | | | |
| 22. 529 Acct 2 American Funds (H) | | | | | | | | | |
| 23. -New Perspective Fund | A | Dividend | J | T | | | | | |
| 24. -New World Fund | A | Dividend | J | T | | | | | |
| 25. -Capital Wrld Grwth & Income | A | Dividend | J | T | | | | | |
| 26. AMGN com. stk | D | Dividend | N | T | | | | | |
| 27. AT&T com, stk | B | Dividend | K | T | | | | | |
| 28. AMAT com. stk | A | Dividend | | | Donated | | | | |
| 29. ADP. com. stk | C | Dividend | M | T | | | | | |
| 30. CDK Global Inc. com.stk | A | Dividend | K | T | Donated (part) | | | | |
| 31. CVX com. stk | A | Dividend | K | T | | | | | |
| 32. KO com. stk | B | Dividend | K | T | | | | | |
| 33. ETN com. stk | C | Dividend | M | T | | | | | |
| 34. EMR com. stk | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Clark, Ron | 05/8/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. HD com. stk | C | Dividend | M | T | | | | | |
| 36. LLY com. stk | B | Dividend | L | T | | | | | |
| 37. MCD com. stk | B | Dividend | L | T | | | | | |
| 38. PEP com stk | B | Dividend | L | T | | | | | |
| 39. PFE com. stk | B | Dividend | K | T | | | | | |
| 40. SLB com. stk | B | Dividend | K | T | | | | | |
| 41. American Mutual Fund, New Perspective Fund | E | Distribution | N | T | | | | | |
| 42. American Mutual Fund Small Cap World | C | Distribution | L | T | | | | | |
| 43. Dreyfus S&P 500 Index Fund X | D | Dividend | M | T | | | | | |
| 44. Nuveen Arizona Prem. Inc. Muni. Bnd. Fund | A | Dividend | K | T | | | | | |
| 45. Dreyfus AMT-Free Mun. Bnd Fund | C | Dividend | M | T | | | | | |
| 46. Dreyfus Mun. Bnd. Fund | C | Dividend | L | T | | | | | |
| 47. McCallister Academic VLG bonds | A | Interest | K | T | | | | | |
| 48. Pima Cty AZ bond | A | Interest | J | T | | | | | |
| 49. Coconino &Yavapai Cos AZ bonds | A | Interest | | | Redeemed | 07/01/15 | J | A | |
| 50. Mesa AZ Util Sys bonds | A | Interest | | | Redeemed | 07/01/15 | J | A | |
| 51. RMA Tax-Free Fund | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/8/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Benficiary IRA (H) | | | | | | | | | |
| 53. -AT&T com. stk | B | Dividend | K | T | | | | | |
| 54. -CVX com. stk | D | Dividend | M | T | | | | | |
| 55. -XOM com.stk | D | Dividend | N | T | | | | | |
| 56. -WRE com. stk | A | Dividend | J | T | | | | | |
| 57. -WRI com. stk | A | Dividend | J | T | | | | | |
| 58. -Oppenheimer Glbl Strategic Income fund | A | Dividend | J | T | | | | | |
| 59. -Nuveen S&P 500 Dyn. Overwrite formerly Nuveen P&G | A | Dividend | J | T | | | | | |
| 60. -Eaton Vance En. Equity Inc Fund | A | Dividend | J | T | | | | | |
| 61. -John Hancock Inc Sec. Fund | A | Dividend | J | T | | | | | |
| 62. -Lord AbbotBond Deb. Fund | B | Dividend | K | T | | | | | |
| 63. -Franklin H.I. Fund Class A | A | Dividend | J | T | | | | | |
| 64. -Franklin US Govt Sec. A | A | Dividend | J | T | | | | | |
| 65. -USA Bank IRA Cash Sweep Account | A | Interest | K | T | Distributed (part) | 09/29/15 | K | | |
| 66. IP | A | Dividend | | | Sold | 08/28/15 | J | C | |
| 67. Am Century Inter term tax free TWTIX | A | Dividend | | | Sold | 08/28/15 | K | | |
| 68. BMO Intermed tax free MITFX | A | Int./Div. | | | Sold | 08/28/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/8/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  Laudus Grwth Investors, LGILX | | None | | | Sold | 08/28/15 | K | D | |
| 70.  Ridgeworth Lg Cap. STVTX | | None | | | Sold | 08/28/15 | K | C | |
| 71.  SECTOR SPDR Energy Select: XLE | A | Dividend | | | Sold | 08/28/15 | K | D | |
| 72.  SECTOR SPDR Tech Select: XLK | A | Dividend | | | Sold | 08/28/15 | K | D | |
| 73.  SECTOR SPDR TR CON STPLS: XLP | A | Dividend | | | Sold | 08/28/15 | K | D | |
| 74.  SPDR S&P Div ETF: SDY | B | Int./Div. | | | Sold | 08/28/15 | K | D | |
| 75.  Vanguard Financial VFH | A | Dividend | | | Sold | 10/27/15 | K | D | |
| 76.  Vanguard Health Care VHT | A | Dividend | J | T | Sold (part) | 11/20/15 | K | D | |
| 77.  Vanguard Small Cap Grwth VBK | A | Dividend | | | Sold | 07/08/15 | K | D | |
| 78.  Vanguard Small Cap Value VBR | A | Dividend | | | Sold | 08/28/15 | K | D | |
| 79.  Schwab Money Market account | A | Interest | J | T | | | | | |
| 80.  Veritiv Corp com. stock | | None | | | Sold | 04/06/15 | J | A | |
| 81.  Take A Bow, LLC | | None | L | U | | | | | |
| 82.  Wells Fargo Bank | A | Interest | N | T | | | | | |
| 83.  Royalty Interest, Hardin County, Texas (X) | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/8/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 51: name change. Was listed previously as RMA Money Market Fund, but actual name is RMA Tax-Free Fund.

Line 65: New instructions require separate entry for each item of IRA account. This is where cash is held in the IRA. Amount of cash held at end of year was previously included in totals reported for IRA as a whole as permitted under previous instructions.

Lines 67 & 68: As stated at page 43 of the instructions, since the sales resulted in "a loss, or no gain or loss, Column D4 under GAIN should be left blank."

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/8/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ron Clark**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544